IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| BRETT-ANDREW NELSON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 3:20-CV-28 (CAR) |
| DONALD CORWIN JACKSON, LORI | : | |
| BETH TALBOT, ASHLEY MORGAN | : | |
| BURGEMEISTER, and KERI ANN | : | |
| YODER, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER ON REMAND FROM THE ELEVENTH CIRCUIT COURT OF APPEALS

This case is before the Court upon remand from the Eleventh Circuit Court of Appeals. In its previous order [Doc. 58], the Court granted Defendants' motion to dismiss with prejudice under Fed. R. Civ. P. 12(b)(6) for failure to state a claim because neither Nelson's filings nor the purported arbitration award indicated that a valid contract ever existed between the parties. Nelson appealed, and the Eleventh Circuit Court of Appeals found that the Court lacked subject-matter jurisdiction over Nelson's petition to confirm the arbitration award because he asserted jurisdiction based solely on the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9; the FAA does not create subject-matter jurisdiction on its own; rather, it requires an independent jurisdictional foundation. Thus, this Court erred in dismissing Nelson's petition with prejudice for failure to state a claim. The Court

of Appeals vacated the order and remanded the case for this Court to dismiss Nelson's petition without prejudice for lack of subject matter jurisdiction [Docs. 66].

The Eleventh Circuit has issued its mandate [Doc. 67], and Nelson's Petition to Confirm Arbitration Award is hereby **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**SO ORDERED,** this 3rd day of September, 2021.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT